UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**21-20263-CR-DIMITROULEAS/BECERRA**
CASE NO.



IN RE SEALED INFORMATION

_____/

## MOTION TO SEAL

The United States of America, by and through its undersigned attorney, respectfully requests that the Information and all attachments thereto, and this Motion, and any related Orders and proceedings be SEALED until further order of this court, excepting the United States Attorney's Office and the U.S Fish & Wildlife Service, which may obtain copies of the sealed documents for official purposes, or any other necessary cause, for the reason that the materials relate to an on-going international investigation, and public disclosure may permit the targets of the investigation to flee, the integrity of the ongoing investigation might be compromised, and the safety of the subject of the Information and others could be compromised should knowledge of the criminal investigation become public.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: *[signature]*

Thomas A. Watts-FitzGerald
Assistant United States Attorney
Florida Bar No. 0273538
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9413 (Office)
Thomas.watts-fitzgerald@usdoj.gov