UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**21-20263-CR-DIMITROULEAS/BECERRA**
CASE NO. _____

IN RE SEALED INFORMATION
_____/

**SEALED ORDER**

The United States of America, having applied to this Court for an Order sealing the Information and all attachments thereto, and this Motion, and any related Orders and proceedings, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the Information, Plea Agreement, and all attachments thereto, this Motion, and any related Orders and proceedings, including this Order, shall be filed under seal until further order of this Court, however, the United States Attorney's Office and the U.S Fish & Wildlife Service may obtain copies of these sealed document for official purposes, or any other necessary cause.

**DONE AND ORDERED** in chambers at Miami, Florida, this  30th   day of April, 2021.

_____
JAQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE

cc:   Clerk of Court
      AUSA T. Watts-Fitzgerald