UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 21-20263-CR-DIMITROULEAS

UNITED STATES OF AMERICA

V.

SEALED
CLERK'S NOTICE
PLACING DEFENDANT IN
FUGITIVE STATUS

GARY TUCKER

On April 30, 2021 an Information was returned for the above named defendant(s). This defendant(s) not having been arrested and 30 days having passed, this/these defendant(s) is/are hereby transferred to fugitive status.

Dated this 1st day of June, 2021 at Fort Lauderdale, Florida.

AT THE DIRECTION OF THE
HONORABLE WILLIAM P. DIMITROULEAS

ANGELA E. NOBLE
CLERK OF COURT

BY:   s/Crystal Barnes-Butler
        CRYSTAL BARNES-BUTLER
        DEPUTY CLERK