UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20263-CR-DIMITROULEAS/BECERRA

IN RE SEALED INDICTMENT
_____/

## MOTION TO UNSEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the Indictment and all other Orders and related matters be UNSEALED since the circumstances justifying the original sealing of this matter have materially changed, and the matter should be unsealed to facilitate the initial appearance and arraignment of the defendant herein.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: _____
Thomas A. Watts-FitzGerald
Assistant U. S. Attorney
Florida Bar No. 0273538
99 N.E. 4th Street
Miami, FL 33132
(305) 961- 9413 Office
(305) 536- 4651 Facsimile