UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20263-CR-DIMITROULEAS/BECERRA

IN RE SEALED INDICTMENT
_____/

## UNSEALING ORDER

The United States of America, having applied to this Court for an Order unsealing the indictment and Other documents and Orders previously sealed in this matter, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the Clerk of the Court shall unseal the file in this matter and place the indictment and such other documents and Orders related to this case in the public record.

**DONE AND ORDERED** at Miami, Florida, this __22__ day of June 2021.

_____
JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE

cc: AUSA (Watts-FitzGerald)
    Clerk of the Court
    U.S. Marshalls