UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-20263-CR-Dimitrouleas

UNITED STATES OF AMERICA
            Plaintiff,
v.

Gary Tucker

            Defendant.
_____/

WAIVER OF INDICTMENT

I, Gary Tucker, the above named defendant who is accused of

knowingly and willfully making a false, fictitious, and fraudulent statement and representation as to a material fact in violation of Title 18, United States Code, Section 1001(a)(2),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on July 6, 2021, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Gary Tucker                    Defendant

_____
Jonathan E. Lopez,   Counsel for Defendant
Esq.

7-1-21
_____
                              Dated

Before _____
EDWIN G. TORRES
United States Magistrate Judge