UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  21-20263-CR-DIMITROULEAS

UNITED STATES OF AMERICA

v.

GARY TUCKER,
                Defendant. /

## JOINT FACTUAL STATEMENT

If this matter were to proceed to trial, the United States of America the defendant, GARY TUCKER, agree that by photographs, documentary evidence, and the testimony of witnesses, the United States would establish the following beyond a reasonable doubt:

1. Title 18, United States Code, Section 1001(a)(2), prohibits anyone, in a matter within the jurisdiction of an agency of the executive branch of the Government of the United States, from knowingly and willfully making a materially false, fictitious, and fraudulent statement and representation to that agency or its representatives.

2. On July 11, 2019, the Defendant voluntarily participated in an interview being conducted, in part, by Special Agents of the United States Fish & Wildlife Service (USFWS), an agency within the U.S. Department of the Interior.

3. The interview was conducted in Washington, D.C., in connection with an on-going criminal investigation being handled in the Miami Division of the Southern District of

Florida.

4. In the course of the July 11, 2019 interview, the Defendant was asked about his involvement in the procurement of long-tailed macaques [a small non-human primate regularly employed in scientific research to develop, among other things, pharmaceuticals in the United States and abroad] from Southeast Asia. He responded to specific questions by the Special Agents regarding audits and site visits by he and other employees of Orient BioResource Center (OBRC) to supplier sites in Cambodia. The agents specifically asked the Defendant if any audit reports or site visit reports of any description were prepared and submitted to OBRC. Defendant responded to these questions in the negative, that is, that no supplier site visits were memorialized in any written audit reports to OBRC.

5. The existence of site visit reports, or audits, was material to the on-going investigation into the possible international trafficking to the United States of the non-human primates, whose possession, sale, export and import is highly regulated by the international community and the United States under the Convention on International Trade in Endangered Species of Wild Fauna and Flora (CITES), to which the United States is a party, and the U.S. Endangered Species Act, Title 16, United States Code, Section 1538, et seq. Pursuant to the Endangered Species Act, the USFWS is the agency tasked by Congress to administer and enforce the provisions of CITES.

6. In fact, as Defendant then well knew, preparation and submission of site visit reports was a standard procedure at OBRC.

## Conclusion

Based upon the foregoing, the United States and the Defendant respectfully submit that a reasonable jury would find that GARY TUCKER is guilty beyond a reasonable doubt of knowingly and willfully making a materially false, fictitious, and fraudulent statement and representation, by stating to Special Agents of the USFWS that foreign supplier site visits were not memorialized in written audit reports, when in truth and in fact, as then well known to him, preparation and submission of site visit reports was a standard procedure at his employer, OBRC, in violation of Title 18, United States Code, Sections 1001(a)(2), as charged in the single count of the Information in this case.

Respectfully submitted,

ANTONIO JUAN GONZALEZ
ACTING UNITED STATES ATTORNEY

Date: 08/03/2021    By: _____
Thomas A. Watts-FitzGerald
Assistant United States Attorney

**Reviewed and agreed to:**

Date: 8/4/2021    By: _____
For JONATHAN LOPEZ, ESQ.
ATTORNEY FOR DEFENDANT

Date: 8/3/21    By: _____
GARY TUCKER
DEFENDANT