| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:21-CR-20263-WPD(1) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 2:22-CR-1-1 |
| NAME AND ADDRESS OF SUPERVISED RELEASEE GARY TUCKER SD/TX, CORPUS CHRISTI DIVISION | DISTRICT SOUTHERN | DIVISION FLORIDA |
| | NAME OF SENTENCING JUDGE THE HONORABLE WILLIAM P. DIMITROULEAS | |
| SD/FL PACTS NO.: 7494971 | DATE OF PROBATION | FROM 10-13-2021 TO 10-12-2024 |
| OFFENSE: False Statement, in violation of 18 U.S.C. § 1001.F | | |

FILED BY _____ D.C.
JAN 19 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF FLORIDA</u>

**IT IS HEREBY ORDERED** that, pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised release named above be transferred with the records of this Court to the United States District Court for the <u>Southern District of Texas</u> upon the Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_December 16, 2021_  _____
Date                                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE

**IT IS HEREBY ORDERED** that, jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

January 11, 2022                      _____
Effective Date                        United States District Judge

**UNITED STATES DISTRICT COURT**

Nathan Ochsner
CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208

SOUTHERN DISTRICT OF TEXAS
Corpus Christi Division

Please Reply To:
1133 N. Shoreline Room 208
Corpus Christi, TX 78401-2042
(361) 888-3142

January 11, 2022

U.S. District Court
400 North Miami Avenue
Miami, FL 33128

Re: Transfer of Jurisdiction of Supervised Release or Probation
Your Case No. CR-21-20263 ;Our Case No. CR C–22-1 USA. v. Gary Tucker

Dear Clerk:

Enclosed is a certified copy of the order transferring jurisdiction to our court. We have opened a case in our district with the above referenced number. It is not necessary to send copies of the indictment, judgments, and docket sheet as we have already obtained copies of these documents from PACER. Please forward any transfer documents that are not accessible through PACER.

Respectfully,

Nathan Ochsner, Clerk

By: <u>Angel Mireles</u>
    Deputy Clerk

CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
1133 NORTH SHORELINE, RM. 208
CORPUS CHRISTI, TX 78401

OFFICIAL BUSINESS



ZIP 7840
02 4W
0000382



**USMS INSPECTED**     **RECEIVED**     JAN 19 2022
                                        12:19 PM

